IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUDRA M. RHINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:19-CV-357-WHA-CSC |
| | ) |
| SHERIFF VALENZA, et al., | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on April 4, 2022, to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 29) is ADOPTED.

2. Defendants' motion to dismiss (Doc. 19) is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy prior to initiating this cause of action.

3. This case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a).

4. Other than the filing fee assessed to Plaintiff in this case, no further costs be taxed.

Final Judgment will be entered separately.

Done, this 26th day of April 2022.

                                           /s/   W. Harold Albritton
                                         W. HAROLD ALBRITTON
                                         SENIOR UNITED STATES DISTRICT JUDGE